ACCEPTED
03-13-00286-CV
6339267
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 10:17:43 PM
JEFFREY D. KYLE
CLERK

## No. 03-13-00286-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 10:17:43 PM
JEFFREY D. KYLE
Clerk

RICHARD PATRICK FAGERBERG,

*Appellant*

**v.**

STEVE MADDEN, LTD., SXSW, INC., AND W3 EVENT SPECIALISTS, INC.,

*Appellees*

APPEAL FROM CAUSE NO. D-1-GN-13-000933
261ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. SUZANNE COVINGTON PRESIDING

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND/OR MOTION FOR EN BANC RECONSIDERATION REGARDING APPELLEE W3 EVENT SPECIALISTS, INC.

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Richard Patrick Fagerberg files this motion requesting a 30-day extension of time for filing any motion for rehearing or motion for en banc reconsideration with respect to Appellee W3 Event Specialists, Inc. only. Appellant respectfully shows:

1.     On July 3, 2015, this Court issued an opinion and judgment affirming the trial court's summary judgments favoring all three appellants. By rule, any motion for rehearing or for en banc reconsideration was originally due on July 20, 2015. Appellant files this motion within 15 days of that date.

2.     Appellant requests a 30-day extension, or until August 19, 2015, for filing any motion for rehearing motion or for en banc reconsideration with respect to Appellee W3 Event Specialists, Inc. only. Appellant has requested no previous extensions of this deadline.

3.     As grounds, Appellant states that he is carefully considering his options and need additional time to determine whether to pursue rehearing or en banc reconsideration in this Court.

4.     The demands of other cases prevented completion of any such motions by the original deadline. More specifically, the undersigned has been occupied with the following matters since the Court released its opinion:

- finalizing and filing a petition for review in *Tom Bennett and James B. Bonham Corp. v. Larry Wayne Grant*, No. 15-0338 in the Supreme Court of Texas;

- preparing and filing cross-appellant's reply brief in *Microsoft Corp. v. Michael Mercieca*, No. 14-15-00024-CV in the Fourteenth Court of Appeals;

- preparing a reply in support of relator's mandamus petition in *In re Brad Haskins and Sue Miller*, No. 03-15-00406-CV before this Court;

- appearing as lead counsel and preparing a motion for rehearing on behalf of the real party in interest in *In re Seton Northwest Hospital, et al.*, No. 03-15-00269-CV before this Court; and

- preparing and filing an amended plea to the jurisdiction and a motion to compel arbitration and attending hearings in *North Austin Muslim Community Center, Inc. v. Professional StruCIVIL Engineering, Inc. and Mirza Tahir Baig*, No. D-1-GN-15-001715 in the 345th Judicial District Court of Travis County, Texas;

In addition, the undersigned was on a family trip out of state from July 21 through July 28 and will be out of the office at a conference and on vacation from August 6, through August 17, 2015.

## CONCLUSION AND PRAYER

Appellant respectfully requests that the Court grant this motion, thus making any motion for rehearing or motion for en banc reconsideration against Appellee W3 Event Specialists, Inc. due on August 19, 2015. Appellant requests all other appropriate relief to which he is entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

/s/D. Todd Smith
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

*Counsel for Appellant*
*Richard Patrick Fagerberg*

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with John Dailey, lead appellate counsel for Appellee W3 Event Specialists, who informed me that any extension of time to file these motions would be opposed.

/s/D. Todd Smith
D. Todd Smith

4

## CERTIFICATE OF SERVICE

On August 3, 2015, in compliance with Texas Rule of Appellate Procedure

9.5, I served this document by e-service, e-mail, and/or mail to:

Steven J. Knight
CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002-4496
*Counsel for Appellee Steve Madden, Ltd.*

Peter D. Kennedy
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
*Counsel for Appellee SXSW, Inc.*

John T. Dailey
ALLEN, STEIN & DURBIN, P.C.
6243 IH-1 0 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
*Counsel for Appellee W3Event Specialists, Inc.*

*/s/D. Todd Smith*
D. Todd Smith